No. 2,323.—THE CITY OF LIVINGSTON, RESPONDENT, *v.* LEE ET AL., APPELLANTS.

*Appeal from District Court, Park County; Frank Henry, Judge.*

Decided October 8, 1906.

PER CURIAM.—Upon motion of respondent the appeal herein is hereby dismissed.

*Messrs. O'Conner & O'Connell,* for Appellants.

*Messrs. J. T. Smith,* and *Mr. O. M. Harvey,* for Respondent.

No. 2,300.—ADA BROWN, RESPONDENT, *v.* RUFUS DUNLAP ET AL., APPELLANTS.

*Appeal from District Court, Carbon County; Frank Henry, Judge.*

Decided October 10, 1906.

PER CURIAM.—Upon motion of appellants, the appeal herein is hereby dismissed.

*Mr. C. L. Merrill,* for Appellants.